IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| GREGORY BONDS, et al. : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | CIVIL ACTION NO. |
| : | 2:15-CV-192-RWS |
| ROY HUBERT TURNER, JR., et : | |
| al., | |
| : | |
| Defendants. : | |

## **ORDER**

This matter is before the Court on Defendant City of Gainesville's Consent Motion for Entry of Judgment [Doc. No. 54], which is GRANTED. The Clerk is DIRECTED to enter final judgment in favor of the City of Gainesville pursuant to Federal Rule of Civil Procedure 54(b).

Plaintiffs still have claims pending against Defendant Turner. Discovery has ended. The parties are ORDERED to submit a proposed consolidated pretrial order within thirty days.

**SO ORDERED**, this 25th day of October, 2017.

_____
**RICHARD W. STORY**
United States District Judge

AO 72A
(Rev.8/82)